IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HENRY RICHARDS**                                                                       **PLAINTIFF**

V.                                        NO. 4:07CV00788

**UNIVERSITY OF CENTRAL ARKANSAS**                                     **DEFENDANT**

## ORDER

Plaintiff has filed the following documents *pro se*: (1) Application to proceed *in forma pauperis*, (2) Complaint and (3) Motion for appointment of counsel. For good cause shown, Plaintiff's motion for leave to proceed *in forma pauperis,* docket #1, is GRANTED.

The United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant in this action without costs. The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

Plaintiff's motion for appointment of counsel, docket # 3, is hereby referred to United States Magistrate Judge Beth Deere for decision, and if appropriate, appointment of counsel.

IT IS SO ORDERED this 5th day of September, 2007.

James M. Moody
United States District Judge