IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HENRY RICHARDS**                                                                    **PLAINTIFF**

V.                                            4:07CV00788JMM

**UNIVERSITY OF CENTRAL
ARKANSAS**                                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on November 7, 2007, Judgment is hereby entered in favor of the Defendant.  The Complaint is dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 7th day of November 2007.

James M. Moody
United States District Judge